MOED-0001        DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Grant School Apartment Investors, LLC )
)
)
Plaintiff(s),                        )
)
vs.                                  )   Case No. 4:24-cv-00896-CDP
State Automobile Mutual Insurance Company )
)
)
Defendant(s).                        )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for _Plaintiff_ hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):
   N/A

   b. Its parent companies or corporations (if none, state "none"):
   N/A

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   N/A

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   N/A

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   Kyle Miller - Citizen of the State of Idaho
   Chris Hulse - Citizen of the State of Missouri
   Grant School Apartment Investors, LLC is a domestic/Missouri limited liability company with it's principal place of business located in the State of Missouri

   Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____ #53482
Signature (Counsel for Plaintiff/Defendant)
Print Name: David Bender
Address: 7733 Forsyth Blvd., 4th Floor
City/State/Zip: Clayton, Missouri 63105
Phone: (314) 726-6868

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
July 1            , 20 24 .

_____
Signature